UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

DEREK QUATTLEBAUM, JUNIOR ANTWI, AND ERIC BALLINGER

                                         Plaintiff,

                -against-

THE CITY OF NEW YORK, and JOHN DOES 1-7

                                        Defendants.

------------------------------------------------------------------------- x

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

11 CV 6097 (ENV)(RM)

        **WHEREAS,** Plaintiffs commenced this action by filing a complaint on or about, December 15, 2011, alleging that the Defendants violated Plaintiffs' civil rights; and

        **WHEREAS,** Defendant City of New York has denied any and all liability arising out of Plaintiffs' allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, as well as any issues arising out of plaintiff Eric Ballinger's subsequent arrest and prosecution regarding his separate arrest on April 6, 2012, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** Plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.       The above-referenced action is hereby dismissed against Defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph 2 below.

2. Defendant City of New York hereby agrees to pay Plaintiff **DEREK QUATTLEBAUM**, the sum of **Twelve Thousand Dollars ($12,000.00)**, Plaintiff **JUNIOR ANTWI** the sum of **Twelve Thousand Dollars ($12,000)**, and Plaintiff **ERIC BALLINGER** the sum of **Fifteen Thousand Dollars ($15,000)**, in full satisfaction of all claims, including claims for costs, expenses, and attorneys' fees. In consideration for the payment of these sums, Plaintiffs agree to the dismissal with prejudice of all the claims against the named defendants, the City of New York and the individuals named herein as "John Does 1-7," and to release and discharge all Defendants, and any present or former employees and agents of the City of New York, or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of Plaintiffs' civil rights, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3. Each Plaintiff shall execute and deliver to Defendant's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, Plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the Defendants that they in any manner or way violated Plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules, or regulations of the

United States, the State of New York, or the City of New York or any other rules, regulations, or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiffs agree to hold harmless Defendants the City of New York, and the individuals named herein as "John Does 1-7," regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       8/10, 2012

Michael Lumer, Esq.
Reibman & Weiner
26 Court Street
Suite 1808
Brooklyn, NY 11242

By: _____
Michael Lumer, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 788-0437

By _____
Andrew Wenzel
Assistant Corporation Counsel
Special Federal Litigation Division

SO ORDERED:

_____
THE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

4